## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:14CR168 |
| vs. ) | |
| ) | ORDER |
| MICHELLE HARRIS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the court on the defendant's unopposed motion to continue trial [16] as it is anticipated the defendant will enter into a diversion agreement. The court will continue the defendant's trial for approximately twelve months. Upon successful completion of pretrial diversion, counsel shall notify the court and the trial will be cancelled.

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for August 12, 2014 continued to **August 11, 2015.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 11, 2015**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED July 31, 2014.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**